IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION,<br><br>    Plaintiff,<br><br><br><br>       vs.<br><br><br>E.R. LEWIS TRANSPORTATION, INC., and ADVANCED BUILDING METHODS, INC.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER ENTERING JUDGMENT<br><br><br><br><br>Case No. 2:04-CV-765 TS |

On December 30, 2005, the Court issued an Order granting Plaintiff's Motion for Partial Summary Judgment Against E.R. Lewis on its Breach of Contract Claim.[1]  Thereafter, Plaintiff filed a Motion for Entry of Judgment.[2]  Defendant E.R. Lewis opposed that Motion on various grounds.[3]  The Court issued an Order[4] granting the Motion in part, stating that the Court would adhere to its previous ruling on the breach of contract claim and that the only remaining issue to

---

[1]Docket No. 46.

[2]Docket No. 55.

[3]Docket No. 58.

[4]Docket No. 60.

be determined at trial was the amount of damages.[5]  The Court set a jury trial date of May 12,

2006, to determine damages.

Defendant E.R. Lewis has now withdrawn its opposition to Plaintiff's Motion for Entry

of Judgment and has requested the Court enter judgment in favor of Plaintiff in the amount of

$231,522, plus pre-judgment interest.

Since the Court has previously ruled that the only remaining issue in this case was the

issue of damages, Defendant E.R. Lewis' request negates the need for a jury trial and terminates

these proceedings.  The Court expects that Plaintiff will dismiss its remaining claim against

Defendant Advanced Building Methods and, at that point, the case will be closed.

It is therefore

ORDERED that Defendant E.R. Lewis' Motion to Withdraw Memorandum in

Opposition to Motion for Entry of Judgment and Request for Entry of Judgment as to Amount of

Damages (Docket No. 62) is GRANTED.  It is further

ORDERED that judgment is entered in favor of Plaintiff and against Defendant E.R.

Lewis in the amount of $231,522, plus pre-judgment interest in the amount of $58,546.52, for a

total judgment of $290,068.52.  It is further

ORDERED that the jury trial set for May 12, 2006, and the final pretrial conference set

for April 24, 2006, are VACATED.

---

[5]Plaintiff has agreed to dismiss its negligence claim against Defendant Advanced
Building Methods if the Court enters judgment in its favor and against E.R. Lewis for the full
amount of its damages.  *See* Docket No. 59-1, at 3 n. 2.

2

DATED   February 28, 2006.

BY THE COURT:

TED STEWART
United States District Judge